JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TODD A. SUTLIFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VON'S STORE, INC., A Safeway Company, BARBARA McDONALD, RON DAVIS, CASEY DRAYER, DAVID RAMIREZ, and DOES 1 though 10, Inclusive,<br><br>　　　　Defendants. | Case No.  ED CV 08-01314 VAP (OPx)<br><br>**ORDER TO (1) DISMISS PLAINTIFF'S THIRD, FIFTH, SIXTH AND SEVENTH CLAIM FOR RELIEF; and (2) REMAND CASE TO STATE COURT**<br><br>Complaint Filed: June 9, 2008<br><br>Ct. Rm.:　2, Room 290<br>Judge:　　Hon. Virginia A. Phillips<br>M. Judge: Hon. Oswald Parada<br>Trial Date: Not Set |

　　For good cause showing, IT IS ORDERED that this case is immediately remanded back to the Superior Court of the State of California in and for the County of San Bernardino, according to the terms of the foregoing stipulation:

　　1.　Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff's third claim for intentional infliction of emotional distress, the fifth claim for defamation, the sixth claim for negligent infliction of emotional distress, and the seventh claim for breach of contract shall be dismissed with prejudice.

　　2.　Following the dismissal of these claims, this action shall immediately be remanded to the California Superior Court for the County of San Bernardino.

Case No. ED CV 08-01314 VAP (OPx)
-1-                                    ED CV 08-01314 VAP (OPx)
**ORDER TO (1) DISMISS PLAINTIFF'S THIRD, FIFTH, SIXTH AND SEVENTH CLAIM FOR RELIEF; and (2) REMAND CASE TO STATE COURT**

1      3.    Nothing in this stipulation shall prevent Vons, in its discretion, from removing this matter to Federal Court in the event Plaintiff amends his complaint in the future to assert claims providing federal question jurisdiction.  Similarly, nothing in this stipulation shall prevent Sutliff from contesting a future removal and seeking to have this case remanded back to State Court.

     IT IS SO ORDERED.

Dated:  November 21, 2008 _____
                                       UNITED STATES DISTRICT JUDGE

-2-

Case No. ED CV 08-01314 VAP (OPx)
ED CV 08-01314 VAP (OPx)

**ORDER TO (1) DISMISS PLAINTIFF'S THIRD, FIFTH, SIXTH AND SEVENTH CLAIM FOR RELIEF; and (2) REMAND CASE TO STATE COURT**